```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
VINCENT M. FAZZARI,

                Plaintiff,

        - against -                                    ORDER

COHEN, PONTANI, LIEBERMAN, & PAVANE, LLP,              14 Civ. 6549 (NRB)
COZEN O'CONNOR P.C., THOMAS C. PONTANI,
LANCE J. LIEBERMAN, MARTIN B. PAVANE,
THOMAS LANGER and EDWARD M. WEISZ,

                Defendants.
-------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiff's motion to file an untimely objection to the Taxation of Costs entered by the Clerk of Court on December 5, 2019 (ECF No. 271) is granted. Plaintiff's application for a stay, made in his objection (ECF No. 272), is denied. Defendants' response to plaintiff's objections is due December 13, 2019.

Dated:   New York, New York
         December 9, 2019

                                        [signature]
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Vincent M. Fazzari
550 Central Avenue
Harrison, NJ 07029