UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VINCENT M. FAZZARI,

              Plaintiff,

       - against -

COHEN, PONTANI, LIEBERMAN, & PAVANE, LLP,
COZEN O'CONNOR P.C., THOMAS C. PONTANI,
LANCE J. LIEBERMAN, MARTIN B. PAVANE,
THOMAS LANGER and EDWARD M. WEISZ,

              Defendants.
------------------------------------------X

**MEMORANDUM & ORDER**

14 Civ. 6549 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of defendants' bills of cost, along with supporting documents (ECF Nos. 265, 266, 267, 268); plaintiff's oppositions (ECF No. 272); and defendants' replies (ECF Nos. 274, 276). Upon review of these submissions, the Court grants Cozen O'Connor P.C. ("Cozen")'s application except for the costs of Lieberman deposition and Cohen, Pontani, Lieberman, & Pavane, LLP ("CPLP")'s application except for the costs of Bailey deposition.

Although Cozen cited Lieberman deposition transcript in paragraph 1 of its Rule 56.1 Statement (ECF No. 178 at 1), the Court did not cite that paragraph in its Memorandum and Order of March 19, 2019. Further, the factual assertion in that paragraph had already been admitted by plaintiff in his amended complaint. See Am. Compl. (ECF No. 14), ¶¶ 15-19. CPLP cited

the Bailey deposition transcript in paragraph 10 of its Rule 56.1 Statement (ECF No. 187 at 3). However, the Court did not cite that paragraph in its Memorandum and Order of March 19, 2019. Given that 28 U.S.C. § 1920 allows the Court to tax only the fees for transcripts "necessarily" obtained for use in the case, the Court declines to award Cozen the costs of the Lieberman deposition and CPLP the costs of the Bailey deposition.

Plaintiff also objects to defendants' bills of cost on the ground that defendants' alignment of interests means that their bills are duplicative. Contrary to plaintiff's position, the record of this case reveals that each defendant has been represented by separate counsel, separately moved for summary judgment, and submitted motion papers separately. See ECF Nos. 176-181; 185-189. Plaintiff fails to cite, and the Court is not aware of, any authority preventing each defendant from collecting all of its own taxable costs because another defendant had similar economic interests.

Having reviewed the Taxations of Cost entered by the Clerk of Court (ECF Nos. 269, 270) prior to plaintiff's motion for leave to file an untimely opposition (ECF No. 271), the Court adopts the reductions imposed by the Clerk of Court to the extent not specifically addressed herein. The Clerk of Court is

respectfully directed to enter modified Taxations of Cost consistent with this opinion.

**SO ORDERED.**

Dated: New York, New York
December 17, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Vincent M. Fazzari
550 Central Avenue
Harrison, NJ 07029